**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA BOWLER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLÉ HEALTH SCIENCE U.S., LLC (D/B/A NATURE'S BOUNTY),<br><br>　　　　　Defendant. | Case No. 2:24-cv-06521-MCS-JPR<br><br>**JUDGMENT** |

1

1  Pursuant to the Court's order granting a motion to dismiss, it is ordered, adjudged,
2  and decreed that judgment is entered in favor of Defendant Nestlé Health Science U.S.,
3  LLC, doing business as Nature's Bounty, and against Plaintiff Yesenia Bowler.
4  Plaintiff's claims are dismissed with prejudice. She shall take nothing from this action.

6  **IT IS SO ORDERED.**

8  Dated: January 28, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE